■ In the Matter of the Accounting of STEVEN J. KUMBLE et al., as Trustees under a Trust Created by BETTY A. WINKEL, as Settlor. CHARLES A. WOLF et al., Appellants; STEVEN J. KUMBLE, Respondent.—Judgment, Supreme Court, New York County, entered on April 10, 1979, insofar as it fixes a fee for legal services rendered by petitioner's attorneys, unanimously modified, in the exercise of discretion, to reduce the fee awarded to $10,000 and, as so modified, affirmed, without costs. A review of the "affidavit of [legal] services" submitted in support of the application by petitioner for the award of attorneys' fees and the other documents submitted at Special Term indicates that a fee of no more than $10,000 is warranted and the judgment appealed from is modified accordingly. We have examined appellant's other contentions and find them to be without merit. Concur—Fein, J. P., Sullivan, Markewich and Ross, JJ.